**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YASIR AFIFI, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | **Civil Action No. 11-cv-00460-BAH** |
| ) | |
| ERIC H. HOLDER, JR., et al., ) | |
| ) | |
|     Defendants. ) | **Judge Beryl A. Howell** |
| ) | |

-------------------------------------------------------------------------------------------------------

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jenifer Wicks as lead counsel of record in this case for **YASIR AFIFI**.

                Respectfully submitted,

                /s/
                Jenifer Wicks
                DC Bar 465476
                Litigation Director
                Council on American-Islamic Relations
                453 New Jersey Avenue, S.E.
                Washington, DC  20003
                (202) 640-4934 (Phone)
                (202) 488-0833 (Fax)
                jwicks@cair.com