# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YASIR AFIFI,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LORETTA LYNCH, *in her official capacity as Attorney General, et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 11-0460 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of Defendant Jennifer Kanaan's Motion to Dismiss, ECF No. 22, and Defendants Holder and Mueller's Motion to Dismiss and For Summary Judgment on Plaintiff's Amended Complaint, ECF No. 27, the related legal memoranda in support and in opposition, the declarations attached thereto, the entire record herein, and the applicable law, and for the reasons set forth in the Memorandum Opinion, it is hereby

**ORDERED** that Defendant Jennifer Kanaan's Motion to Dismiss is GRANTED; it is further

**ORDERED** that the Defendants Holder and Mueller's Motion to Dismiss and For Summary Judgment on Plaintiff's Amended Complaint is GRANTED; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: April 30, 2015

*This is a final and appealable Order.*

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge